UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATT PAIGE and JAMES GAMMON,

      Plaintiffs,                                    No. 09-11657

v.                                             District Judge Stephen J. Murphy, III
                                                Magistrate Judge R. Steven Whalen

BAE SYSTEMS TECHNOLOGY
SOLUTIONS & SERVICES, INC.,

      Defendant.
_____/

**ORDER**

      Before the Court is Plaintiffs' Motion to Extend Discovery Cutoff [Doc. #82]. The motion is premised on the Defendant's production of a substantial number of documents pursuant to my order of June 18, 2015 [Doc. #81], and the necessity of reviewing those documents prior to taking certain depositions.

      Having reviewed the Plaintiffs' motion, the Defendant's response [Doc. #85], and the Plaintiff's reply [Doc. #87], I am satisfied that there is good cause for a short extension of discovery, and that the Defendant will not be prejudiced if such extension is granted. *See Leary v. Daeschner*, 349 F.3d 888, 906 (6th Cir. 2003).

      Accordingly, Plaintiffs' motion [Doc. #82] is GRANTED. Discovery cut-off is extended to August 28, 2015.

      IT IS SO ORDERED.

                                                /s/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Date: July 28, 2015